

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00274-CV

STEPHANNIE LYNN RYLIE,
UNITED LAND HOLDING, LTD.,
NORTH TEXAS AMUSEMENTS,
LLC, TEXAS C&D AMUSEMENTS,
INC., BRIAN AND LISA SCOTT
D/B/A TSCA AND D/B/A RIVER
BOTTOM PUB, DSLH, INC.,
PROGRESSIVE AMUSEMENT,
INC., ARS GROUP, INC.,
PARVINDER 'PAUL' SIDHU, ET AL.

APPELLANTS

V.

THE CITY OF FORT WORTH AND
DAVID COOKE, IN HIS OFFICIAL
CAPACITY AS CITY MANAGER

APPELLEES

----------

FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 017-276483-15

----------

## MEMORANDUM OPINION[1]

----------

[1]*See* Tex. R. App. P. 47.4.

----------

Having considered the petition for permissive interlocutory appeal[2] of Appellants Stephannie Lynn Rylie, United Land Holding, Ltd., North Texas Amusements, LLC, Texas C&D Amusements, Inc., Brian and Lisa Scott d/b/a TSCA and d/b/a River Bottom Pub, DSLH, Inc., Progressive Amusement, Inc., ARS Group, Inc., Parvinder 'Paul' Sidhu, and Shanil Enterprises, Inc., we deny the petition.[3]

PER CURIAM

PANEL:  GABRIEL, GARDNER, and WALKER, JJ.

DELIVERED:  August 29, 2016

---

[2]*See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West Supp. 2016); *see also* Tex. R. App. P. 28.3(a), (j).

[3]*See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(f).